# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROCCO FARMS, INC., a Colorado corporation, <br><br> Plaintiff, <br><br> v. <br><br> GREEN TREE INTERNATIONAL, INC., a California corporation; JOHN M RAST, an individual; and CARY CRUM, an individual, <br><br> Defendant. | CASE NO. 1:15-CV-779 --- SMS <br><br> ORDER EXTENDING TIME TO FILE DISMISSAL PLEADING |

On June 19, 2015, Plaintiff filed a notice of settlement indicating that the parties have reached a settlement agreement. Doc. 8. In it, Plaintiff requested additional time to file the dismissal pleading. The Court finds good cause to extend the deadline to file the dismissal pleading until July 31, 2013, as requested, in order to effectuate settlement.

Hence, it is hereby ORDERED:

1. Plaintiff's request to extend the deadline to file the dismissal pleading is GRANTED;
2. The parties shall file a dismissal pleading on or before July 31, 2015;

The parties are also reminded to file the appropriate form either consenting to or declining magistrate judge jurisdiction.

DATED: 6/22/2015                             /s/ SANDRA M. SNYDER
                                             UNITED STATES MAGISTRATE JUDGE