**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROCCO FARMS, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREEN TREE INTERNATIONAL, INC., A California corporation; JOHN M RAST, an individual; and CARY CRUM, an individual,<br><br>Defendants. | Case No. 1:15-cv-00779-SMS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 11) |

On July 20, 2015, Plaintiff filed a notice of voluntary dismissal, with prejudice, against all Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 11.)  Rule 41(a)(1)(A) provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer to a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." (*American Soccer Co. v. Score First* Enters, 187 F3d. 1108, 1110 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Because Plaintiff filed a notice of voluntary dismissal before service by Defendants of an answer or motion summary judgment, this case has terminated.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

IT IS SO ORDERED.

Dated:  **July 22, 2015**          **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28